UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**   Renalda Benally , ;

**Defendant(s):** Coconino County Jail District , ; James Driscoll , Sheriff of Coconino County; AB STAFFING SOLTUIONS LLC LLC , ; Lindsey Robbins , Medical Director; Lisa Hirsch , Nurse Supervisor; Leann James , Nurse; Sheila Lawver , Nurse; Shelly Cersosimo , Nurse; Summer Wolfe , Nurse; Fatima Lah , Nurse; Dayne Heath , Nurse; Janeen Fraser , Nurse; Tate , Nurse; Navajo County , ; David Clouse , Sheriff of Navajo County; Ernie Gracia , Cheif Deputy Sheriff of Navajo County; Advanced Correctional Healthcare, INC. , ; USA MEDICAL & PSYCHOLOGICAL STAFFING, S.C. , ; WEXFORD HEALTH SOURCES, INC. , ; Deborah Williams , Nurse; Desiree Shields , Nurse; April Perkins , Nurse; Coconino County , ; Brett Axlund , Chief Deputy Sheriff of Coconino County; Navajo County Jail District , ; DETENTION SERGEANT OBRIEN , ;

County of Residence: Apache

County of Residence: Coconino

County Where Claim For Relief Arose: Coconino

Plaintiff's Atty(s):

**Lee Phillips ,**
Lee Phillips Attorney at Law
209 N Elden Street
Flagstaff, Arizona   86001
9287791560

Defendant's Atty(s):

,

,

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

<u>II. Basis of Jurisdiction</u>:                                                                           3. Federal Question (U.S. not a party)

<u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)**

Plaintiff:-                                                                                                    N/A

Defendant:-                                                                                                N/A

<u>IV. Origin</u> :                                                                                                 1. Original Proceeding
<u>V. Nature of Suit</u>:                                                                                    440 Other Civil Rights

<u>VI.Cause of Action</u>:                                                                                 42 USC 1983- Denial of Medical Care

<u>VII. Requested in Complaint</u>

Class Action: No

Dollar Demand:

Jury Demand: Yes

VIII. This case **is not related** to another case.

**Signature:** Lee Phillips

**Date:** 3/12/24

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014