ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Renalda Benally, | No. CV 24-08049-PCT-MTL (DMF) |
| Plaintiff, | |
| v. | **ORDER** |
| County of Coconino, et al., | |
| Defendants. | |

Plaintiff Renalda Benally, on her own behalf and on behalf of the estate of Gibson Benally, has filed, through counsel, a civil rights Complaint, and paid the filing fee.[1] The Court will refer this matter to Magistrate Judge Deborah M. Fine for pretrial proceedings.

**IT IS ORDERED:**

(1) Plaintiff must either serve each Defendant in compliance with the applicable rules of the Federal Rules of Civil Procedure, and the Local Rules of this Court, or seek a waiver of service from each Defendant.

(2) If Plaintiff does not obtain a waiver of service of the summons or complete service of the Summons and Complaint on a Defendant within 90 days of the filing of the Complaint or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to each Defendant not served. Fed. R. Civ. P. 4(m); LRCiv

---

[1] Because Plaintiff is neither in custody nor proceeding in forma pauperis, the Court has no authority to screen the Complaint pursuant to either 28 U.S.C. § 1915(e)(2) or 28 U.S.C. § 1915A.

TERMPSREF

16.2(b)(2)(B)(ii).

(3)   Defendants must answer the Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

(4)   Any answer or response must state the specific Defendant by name on whose behalf it is filed.  The Court may strike any answer, response, or other motion or paper that does not identify the specific Defendant by name on whose behalf it is filed.

(5)   This matter is referred to Magistrate Judge Deborah M. Fine pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1) and is assigned to the **standard track** pursuant to Rule 16.2(b)(3) of the Local Rules of Civil Procedure.

Dated this 20th day of March, 2024.

Michael T. Liburdi
United States District Judge