1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Renalda Benally, as Administrator of the Estate of Gibson Benally, and on her own behalf,<br><br>               Plaintiff,<br><br>v.<br><br>Coconino County et al.,<br>               Defendant. | CASE NO. CV-24-8049-PCT-MTL (DMF)<br><br>**MOTION TO EXTEND TIME TO SERVE DEFENDANTS** |

    Having reviewed Plaintiff's Motion to Extend Time to Serve Defendants, and good cause appearing therefor,

    IT IS HEREBY ORDERED that Plaintiff shall be granted an extended deadline to July 10, 2024 to serve Defendants.

    Dated this_____ day of June, 2024

                                                                     _____
                                                                  Magistrate Deborah M. Fine (PS)
                                                                  United States District Judge