# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Renalda Benally, | No. CV-24-08049-PCT-MTL (MTM) |
| Plaintiff, | **ORDER** |
| v. | |
| County of Coconino, et al., | |
| Defendants. | |

The Court having reviewed the unopposed Motion for Protective Order, and good cause shown,

IT IS ORDERED granting the Motion for Protective Order (Doc. 86),

IT IS FURTHER ORDERED as follows:

1. All address, contact, and other personal information regarding defendant Deborah Williams produced by defendant Advanced Correctional Healthcare in response to discovery shall be treated as confidential by the parties in this case.

2. Said contact information shall be used by the parties in this case only for the purpose of prosecuting this litigation, shall be treated as confidential information, and shall not be used or disclosed for any other purpose.

Dated this 29th day of August, 2024.

Honorable Michael T. Morrissey
United States Magistrate Judge