Tom Slutes, Esq.
**SLUTES, SAKRISON & ROGERS, P.C.**
4801 E. Broadway, Suite 301
Tucson, Arizona 85711
Telephone: (520) 624-6691
Facsimile: (520) 791-9632
TSlutes@sluteslaw.com
State Bar No. 001212
*Attorneys for Defendants Fatima Lah,*
*Dayne Heath, Tyler Tate & AB Staffing Solutions, LLC*

### UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RENALDA BENALLY, as Administrator of the Estate of GIBSON BENALLY and on her own behalf, | No. 3:24-cv-08049-PCT-MTL |
| Plaintiff, | **SEPARATE ANSWER OF DEFENDANTS FATIMA LAH, DAYNE HEATH AND TYLER TATE AND A.V. STAFFING SOLUTIONS, LLC TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| COCONINO COUNTY; COCONINO COUNTY JAIL DISTRICT; JAMES DRISCOLL, Sheriff of Coconino County; BRET AXLUND, Chief Deputy Sheriff of Coconino County; AB STAFFING SOLUTIONS, LLC; MEDICAL DIRECTOR LINDSEY ROBBINS; NURSE SUPERVISOR LISA HIRSCH; NURSE LEANN JAMES; NURSE SHEILA LAWVER; NURSE SHELLY CERSOSIMO; NURSE SUMNMER WOLFE; NURSE FATIMA LAH; NURSE DAYNE HEATH; NURSE JANEEN FRASER; NURSE TATE; DETENTION SERGEANT OBRIEN; NAVAJO COUNTY JAIL DISTRICT; NAVAJO COUNTY; DAVID CLOUSE, Sheriff of Navajo County; ERNIE GARCIA, Chief Deputy Sheriff of Navajo County; ADVANCED CORRECTIONAL HEALTHCARE, INC.; USA MEDICAL & PSYCHOLOGICAL STAFFING, S.C.; WEXFORD HEALTH SOURCES INC.; NURSE DEBORAH WILLIAMS; NURSE DESIREE SHIELDS and NURSE APRIL PERKINS | (Assigned to Hon. Michael T. Morrissey) |
| Defendants. | |

The defendants Fatina Lah, Dayne Heath, Tyler Tate and A.B. Staffing Solutions, LLC answer plaintiff's First Amended Complaint as follows:

## I.   PARTIES

1. The defendants deny the allegations of paragraph 1 for lack of information.

2. Defendants admit the allegations of the second paragraph numbered "1".

3. Defendants deny the allegations of paragraphs 2 and 3 for lack of information.

4. Defendants admit the allegations of paragraph 4.

5. Defendants deny the allegations of paragraphs 5-10 insofar as plaintiff alleges that the nurses named in those paragraphs were employees of A.B. Staffing Solutions, LLC. They deny the remaining allegations of those paragraphs for lack of information.

6. Defendants admit the allegations of paragraphs 11 and 12.

7. Defendants deny the allegations of paragraph 13.

8. Defendants admit the allegations of paragraph 14.

9. Defendants deny the allegations of paragraph 15-25 for lack of information.

## II.   JURISDICTION AND VENUE

**10.** In answer to the second paragraph numbered "2", these defendants admit that the court has subject matter jurisdiction of this action and that venue is proper.

## III.   FACTS

11. Defendants deny the allegations of paragraphs 27-37 for lack of information.

12. Defendants deny the allegations of paragraphs 38-69 insofar as the allegations made, pertain to any of these answering defendants. They deny the allegations as they pertain to other defendants in this action for lack of information.

## COUNT I

13. Defendants reallege all answers made to the allegations contained in paragraphs 1-69 as though fully set forth herein.

1    14.    Defendants deny the allegations of paragraphs 71-77 for lack of information.

## COUNT II

15.    Defendants reallege all answers made to the allegations contained in paragraph 1-77.

16.    Defendants deny the allegations of paragraph 79-92 insofar as the allegations may pertain to these answering defendants. They deny the allegations as they pertain to other defendants in this action, for lack of information.

## COUNT III

17.    Defendants reallege all answers made to the allegations contained in paragraphs 1 through 92 as though fully set forth herein.

18.    Defendants deny the allegations of paragraphs 93-96 insofar as they pertain to these answering defendants. They deny the allegations as they may pertain to other defendants in this action for lack of information.

## COUNT IV

19.    Defendants reallege all answers made to the allegations contained in paragraph 1 through 96 as though fully set forth herein.

20.    Defendants deny the allegations of paragraphs 98 through 100 insofar as the allegations in any way pertain to these answering defendants. They deny the allegations as they may pertain to other defendants in this action for lack of information. Defendants also assert that the plaintiff's claim for "physical pain and emotional distress" are not valid claims under the survival statute.

21.    Defendants admit the allegations of paragraph 101.

## COUNT V

22.    Defendants reallege all answers made to the allegations contained in paragraph 1 through 101 as though fully set forth herein.

23. Defendants deny the allegations of paragraphs 103 through 106 insofar as the allegations pertain to these answering defendants. They deny the allegations as they may pertain to other defendants in this action for lack of information.

**COUNT VI**

24. Defendants reallege all answers made to the allegations contained paragraph 1-106 as though fully set forth herein.

25. Defendants deny the allegations of paragraphs 108-111 insofar as they may pertain to these answering defendants. They deny said allegations as they may pertain to other defendants in this action for lack of information.

26. The defendants assert that the plaintiff's claims for intentional infliction of emotional distress are inappropriate and do not constitute valid legal claims.

27. Defendants admit the allegations of paragraph 112.

28. Because there has been no discovery instituted in this case as yet, there may be affirmative defenses that are disclosed by discovery that pertain to these answering defendants. These defendants reserve the right to list such additional affirmative defenses as they are disclosed by subsequent discovery.

WHEREFORE, these answering defendants pray that the plaintiff take nothing by and through any of the counts of her complaint, that the same be dismissed and that these answering defendants be awarded their taxable costs as expended.

DATED this 3rd day of September, 2024.

SLUTES, SAKRISON & ROGERS, P.C.


By: /s/ Tom Slutes
Tom Slutes
Attorneys for Defendants Lah, Heath, Tate & AB Staffing Solutions, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2024, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF system for filing and the attached document was served by first class mail to the Plaintiff on the same date to the following person who is not a registered participant of the CM/ECF system:

Arthur Loevy
Stephen Weil
Maria Makar
Megal Porter
Loevy & Lo0evy
311 N. Aberdeen Stret
Chicago, IL 60607
weil@loevy.com
    *Attorneys for Plaintiffs*

Lee Phillips
Law Offices of Lee Phillips, P.C.
209 N. Elden Street
Flagstaff, AZ 86001
leephillips@leephillipslaw.com
    *Attorneys for Plaintiff*

Sarah L. Barnes
Broening Oberg Woods & Wilson
2800 N. Central Ave., Suite 1600
Phoenix, AZ 85004
slb@bowwlaw.com
    *Attorneys for Defendants Advanced*
    *Correction Healthcare, Inc.,*
    *USA Medical & Psychological Staffing,*
    *S.C., and April Perkins and Desiree Shields*

Ashlee B. Hesman
Kristina R. Rood
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 W. Ray Rd., Suite 300
Chandler, AZ 85226
ahesman@strucklove.com
krood@strucklove.com

1  David Stoll
   BEAUGUREA, HANCOCK, STOLL & SCHWARTZ, P.C.
2  302 E. Coronado Rd.
   Phoenix, AZ 85004
3  dstoll@bhsslaw.com
4  *Attorneys for Coconino County,*
   *Coconino County Jail District, Lisa Hirsch, Leann James,*
5  *Shelby Cersosimo, Summer Wolfe, Summer Wolfe,*
   *Janeen Fraser & Sheila Lawver*
6

7
   Brandi C. Blair
8  John A. Klecan
   JONES, SKELTON & HOCHULI, P.L.C.
9  40 N. Central Ave., Suite 2700
   Phoenix, AZ 85004
10 bblair@jshfirm.com
11 jklecan@jshfirm.com
   *Attorneys for Wexford Health Sources, Inc.*