# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Renalda Benally, as Administrator of the Estate of Gibson Benally, and on her own behalf,<br>　　　　　　Plaintiff,<br>v.<br>Coconino County et al.,<br>　　　　　　Defendant. | CASE NO. CV-24-8049-MTL-MTM<br><br>**MOTION TO WITHDRAW** |

NOW COMES Plaintiff, Renalda Benally, by and through their undersigned attorneys, and pursuant to Local Rule 83.3(b) seek leave of Court to withdraw attorneys Stephen H. Weil and Megan Porter as counsel for Plaintiff. In support thereof, Plaintiff states as follows:

1. Stephen H. Weil and Megan Porter's employment with Loevy & Loevy, the firm representing the Plaintiff, has concluded.

2. Plaintiff continues to be represented by the following attorneys: Arthur Loevy, and Maria Makar from Loevy & Loevy.

3. Due to the continuity of the attorneys from Loevy & Loevy representing the Plaintiff, no party will be prejudiced if Stephen H. Weil and Megan Porter are permitted to withdraw their appearances.

WHEREFORE, Plaintiff respectfully requests the Court enter an order permitting Stephen H. Weil and Megan Porter to withdraw their appearance as counsel in this matter.

RESPECTFULLY SUBMITTED BY,

/s/ Maria Makar

Maria Makar
*One of Plaintiff's Attorneys*
Arthur Loevy
Maria Makar
LOEVY & LOEVY
311 N. Aberdeen St. Chicago, IL 60607
(312) 243-5900
makar@loevy.com

## CERTIFICATE OF SERVICE

I, Maria Makar, an attorney, certify that on October 16, 2024, I filed the foregoing pleading using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Maria Makar
*One of Plaintiff's Attorneys*

2