John A. Klecan, Bar #019159
Brandi C. Blair, Bar #025944
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1786
Fax: (602) 200-7808
bblair@jshfirm.com

Attorneys for Defendant Wexford Health Sources, Inc.

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Renalda Benally, as Administrator of the Estate of Gibson Benally, and on her own behalf,<br><br>Plaintiff,<br><br>v.<br><br>Coconino County, Coconino County Jail District; James Driscoll, Sheriff of Coconino County; Bret Axlund, Chief Deputy Sheriff of Coconino County; AB Staffing Solutions LLC; Medical Director Lindsey Robbins; Nurse Supervisor Lisa Hirsch; Nurse Leann James; Nurse Sheila Lawver; Nurse Shelly Cersosimo; Nurse Summer Wolfe; Nurse Fatima Lah; Nurse Dayne Heath; Nurse Janeen Fraser; Nurse Tate; Detention Sergeant Obrien; Navajo County Jail District; Navajo County; David Clouse, Sheriff of Navajo County; Ernie Garcia, Chief Deputy Sheriff of Navajo County; Advanced Correctional Healthcare, Inc.; USA Medical & Psychological Staffing, S.C.; Wexford Health Sources, Inc.; Nurse Deborah Williams; Nurse Desiree Shields; Nurse April Perkins,<br><br>Defendants. | No. 3:24-cv-08049-PCT-MTL (MTM)<br><br>**DEFENDANT WEXFORD HEALTH SOURCES, INC.'S OBJECTION TO PLAINTIFF'S "UNOPPOSED" MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY** |

Defendant Wexford Health Sources, Inc. objects to Plaintiff's representation that her Motion for an Extension of Time to Complete Discovery is "unopposed," as well

118445742.1

as to Plaintiff's proposed extension.  In response to Plaintiff's request for an extension, undersigned counsel responded:

> Maria, we normally agree to extensions but we are having trouble in this case with all of the amendments and delay. So, from Wexford's point of view, let's see what happens on the Motion to file a 3rd amended complaint before deciding on an extension.

[*See* email correspondence at Ex. A.] Similarly, the dismissed Defendants stated succinctly, "Please note that Dismissed County Defendants oppose the request." [*See* email correspondence at Ex. B.] Plaintiff's interpretation of this response as an indication that Wexford has no objection to an extension is inaccurate. In fact, Plaintiff has failed to timely prosecute her claim throughout the course of litigation. She filed her Complaint more than a year ago on March 12, 2024. [Doc. 1.] Since that time, she has not noticed any depositions or disclosed a single document in support of her claim other than family photographs.[1] Moreover, she waited nearly a full year to propound her first set of discovery on Wexford on April 25, 2025. [Doc. 104.][2] Importantly, although certain attorneys withdrew from representing Plaintiff, Plaintiff's current attorney and law firm have represented Plaintiff from the beginning. [Docs. 94 & 1.] This is not a case where delays have been unavoidable due to a change in representation.

Moreover, Plaintiff's Request for an Extension is directly relevant to her Motion to File a Second Amended Complaint, which would be her third Complaint, to which all Defendants have objected. [Plaintiff's Docs. 102 and 112. Defendants' objections/joinders at Docs. 106-110.] In Plaintiff's briefing to amend her complaint for a second time, she represents that the amendment would not further delay proceedings or prejudice Defendants. [Plaintiff's Docs. 102 and 112.] Inexplicably, Plaintiff is now seeking to further delay these proceedings by claiming she lacks sufficient time to complete

---

[1] Defendant is currently engaged in good faith discussions with Plaintiff's counsel regarding Defendant's position that Plaintiff's disclosures and discovery responses are insufficient in an effort to avoid a formal discovery dispute. That issue will be addressed per the court's instructions on discovery disputes, should it become necessary.

[2] Plaintiff emailed counsel for Wexford her discovery requests, which vastly exceeded the discovery contemplated by the Federal Rules or this court order on April 25, 2025. But did not file her notice until April 28, 2025.

2

118445742.1

discovery pertaining to the currently operative First Amended Complaint. Plaintiff has spent more than a year doing virtually nothing to prosecute her claims. Now that the vast majority of Defendants have been dismissed and the discovery deadline is fast approaching on June 18, 2025, Plaintiff is requesting (again) for a do-over in the form of a discovery extension and third amended complaint. Defendant respectfully requests that this Court deny Plaintiff's Request for an Extension of Time to Complete Discovery as there can be no good cause shown for the same.

DATED this 14th day of May, 2025.

JONES, SKELTON & HOCHULI, P.L.C.

By _____
John A. Klecan
Brandi C. Blair
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Wexford Health Sources, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Arthur Loevy
Maria Makar
LOEVY & LOEVY
311 N. Aberdeen Street
Chicago, Illinois 60607
arthur@loevy.com
makar@loevy.com

-and-

Lee Phillips, ASB #009540
Law Office of Lee Phillips, P.C.
209 N. Elden Street
Flagstaff, Arizona 86001
leephillips@leephillipslaw.com

*Attorneys for Plaintiff*

118445742.1

Sarah L. Barnes
BROENING OBERG WOODS & WILSON
2800 North Central Avenue
Suite 1600
Phoenix, Arizona 85004
slb@bowwlaw.com
kel@bowwlaw.com

*Attorneys for Defendants Advanced Correctional Healthcare, Inc., USA Medical & Psychological Staffing, S.C., April Perkins and Desiree Shields*

Tom Slutes
SLUTES, SAKRISON & ROGERS, P.C.
4801 East Broadway
Suite 301
Tucson, Arizona 85711
tslutes@sluteslaw.com

*Attorneys for Defendants Fatima Lah, Dayne Heath, Tyler Tate & AB Staffing Solutions, LLC*

David L. Stoll
BEAUGUREAU, HANCOCK,
STOLL & SCHWARTZ, P.C.
302 East Coronado Road
Phoenix, Arizona 85004
dstoll@bhsslaw.com

*Attorneys for Defendants Coconino County, Coconino County Jail District, Lisa Hirsch, Leann James, Shelby Cersosimo, Summer Wolfe, Janeen Fraser and Sheila Lawver*


/s/*Gladys Negron*

4

118445742.1

# EXHIBIT A

| | |
|---|---|
| **From:** | JACK KLECAN |
| **To:** | Maria Makar; Tom Slutes; David Stoll; Sarah L. Barnes; BRANDI BLAIR; Lori Curry; Gladys Negron; Pam Pullem; Adam Scott; Stephanie Wallace; MHawkins@sluteslaw.com; Brenda Sanchez; Karliss Coats; Ashlee Hesman; Kristina Rood; Benally Team; Lynette Odom; Kathy Lake |
| **Cc:** | Jessie Barajas; Lee Phillips |
| **Subject:** | RE: Benally v. Coconino County et al. - Extension of Time to Complete Fact Discovery |
| **Date:** | Tuesday, May 13, 2025 3:27:15 PM |
| **Attachments:** | image001.png |

Maria, we normally agree to extensions but we are having trouble in this case with all the amendments and delay. So from Wexford's point of view, let's see what happens on the Motion to file a 3rd amended complaint before deciding on an extension.



**JACK A. KLECAN** | Partner (Of Counsel)
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700 | Phoenix, AZ 85004
**P** (602) 263-4408 | **F** (602) 200-7824

website | bio | vCard | map | email | linkedin | facebook | twitter

**From:** Maria Makar <makar@loevy.com>
**Sent:** Monday, May 12, 2025 11:50 AM
**To:** Tom Slutes <TSlutes@sluteslaw.com>; David Stoll <dstoll@bhsslaw.com>; Sarah L. Barnes <slb@bowwlaw.com>; BRANDI BLAIR <BBlair@Jshfirm.com>; Lori Curry <lcurry@bhsslaw.com>; Gladys Negron <GNegron@JSHFIRM.COM>; JACK KLECAN <JKlecan@JSHFIRM.COM>; Pam Pullem <PPullem@JSHFIRM.COM>; Adam Scott <AScott@JSHFIRM.COM>; Stephanie Wallace <SLW@bowwlaw.com>; MHawkins@sluteslaw.com; Brenda Sanchez <bsanchez@sluteslaw.com>; Karliss Coats <KCoats@JSHFIRM.COM>; Ashlee Hesman <ahesman@strucklove.com>; Kristina Rood <KRood@strucklove.com>; Benally Team <BenallyTeam@strucklove.com>; Lynette Odom <lo@bowwlaw.com>; Kathy Lake <kel@bowwlaw.com>
**Cc:** Jessie Barajas <jessie@loevy.com>; Lee Phillips <leephillips@leephillipslaw.com>
**Subject:** Re: Benally v. Coconino County et al. - Extension of Time to Complete Fact Discovery

> **[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

I will correct the typo in the caption where the district is identified.

On Mon, May 12, 2025 at 1:49 PM Maria Makar <makar@loevy.com> wrote:

> Counsel:
>
> Discovery is set to close on June 18. I am preparing for a trial set to start June 9, and have travel and depositions scheduled for other cases in May. What is your position on a 3-month extension of the deadline for fact discovery, and a corresponding extension of the expert deadlines?
>
> I have prepared an unopposed motion for extension from Plaintiff for your review. Please let me know your position, or if you would like to file a joint motion.

Thank you,
Maria

--

**Maria Makar** (she/her)

Office: (312) 243-5900 / Direct: (312) 361-8554
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

# EXHIBIT B

| | |
|---|---|
| **From:** | Kristina Rood |
| **To:** | Maria Makar; Tom Slutes; David Stoll; Sarah L. Barnes; BRANDI BLAIR; Lori Curry; Gladys Negron; JACK KLECAN; Pam Pullem; Adam Scott; Stephanie Wallace; MHawkins@sluteslaw.com; Brenda Sanchez; Karliss Coats; Ashlee Hesman; Benally Team; Lynette Odom; Kathy Lake |
| **Cc:** | Jessie Barajas; Lee Phillips |
| **Subject:** | RE: Benally v. Coconino County et al. - Extension of Time to Complete Fact Discovery |
| **Date:** | Monday, May 12, 2025 12:57:36 PM |

**[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

Maria,

Please note that Dismissed County Defendants oppose the request.

Kristina

**From:** Maria Makar <makar@loevy.com>
**Sent:** Monday, May 12, 2025 11:50 AM
**To:** Tom Slutes <TSlutes@sluteslaw.com>; David Stoll <dstoll@bhsslaw.com>; Sarah L. Barnes <slb@bowwlaw.com>; BRANDI BLAIR <bblair@jshfirm.com>; Lori Curry <lcurry@bhsslaw.com>; GNegron@jshfirm.com; JACK KLECAN <jklecan@jshfirm.com>; Pam Pullem <ppullem@jshfirm.com>; Adam Scott <AScott@jshfirm.com>; Stephanie Wallace <SLW@bowwlaw.com>; MHawkins@sluteslaw.com; Brenda Sanchez <bsanchez@sluteslaw.com>; Karliss Coats <kcoats@jshfirm.com>; Ashlee Hesman <ahesman@strucklove.com>; Kristina Rood <krood@strucklove.com>; Benally Team <BenallyTeam@strucklove.com>; Lynette Odom <lo@bowwlaw.com>; Kathy Lake <kel@bowwlaw.com>
**Cc:** Jessie Barajas <jessie@loevy.com>; Lee Phillips <leephillips@leephillipslaw.com>
**Subject:** Re: Benally v. Coconino County et al. - Extension of Time to Complete Fact Discovery

I will correct the typo in the caption where the district is identified.

On Mon, May 12, 2025 at 1:49 PM Maria Makar <makar@loevy.com> wrote:

> Counsel:
>
> Discovery is set to close on June 18. I am preparing for a trial set to start June 9, and have travel and depositions scheduled for other cases in May. What is your position on a 3-month extension of the deadline for fact discovery, and a corresponding extension of the expert deadlines?
>
> I have prepared an unopposed motion for extension from Plaintiff for your review. Please let me know your position, or if you would like to file a joint motion.
>
> Thank you,

Maria

--

**Maria Makar** (she/her)



Office: (312) 243-5900 / Direct: (312) 361-8554
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.