Lee Phillips
Law Office of Lee Phillips, P.C.
209 N. Elden Street
Flagstaff, AZ 86001
928.779.1560
928.779.2909
leephillips@leephillipslaw.com

Arthur Loevy *admitted pro hac vice*
Maria Makar *admitted pro hac vice*
Loevy & Loevy
311 N. Aberdeen Street
Chicago, IL 60607
Tel: (312) 243-5900
Fax: (312) 243-5902
Makar@loevy.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Renelda Benally,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>Coconino County *et al.*,<br><br>　　　　Defendants. | Case Number: 3:24-cv-08049-MTL-MTM<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINES FOR EXPERT DISCLOSURES** |

　　Plaintiff Renelda Benally, by and through undersigned counsel, respectfully moves this Court for a 10-day extension of time to disclose her expert witnesses, and corresponding 10-day extensions of the remaining expert-related deadlines set forth in the Court's current Scheduling Order. In support thereof, Plaintiff states as follows:

　　1.　　Plaintiff's current deadline to disclose expert witnesses is August 4, 2025, pursuant to the operative Scheduling Order (ECF. 73).

2. On July 16, 2025, Plaintiff requested a brief extension of 10 days, up to and including August 14, 2025, to serve her expert disclosures and accompanying Rule 26(a)(2) materials.

3. This extension is necessary to allow Plaintiff's designated expert additional time to complete review of voluminous discovery materials, including recently produced medical records and personnel files, in order to formulate complete and accurate opinions.

4. The parties have conferred regarding this request. Counsel for all Defendants have indicated they do not oppose this motion.

5. Counsel for Wexford Health Sources Inc. do not oppose this motion, if Plaintiff agrees to extend the July 18, 2025, Discovery deadline. Plaintiff does not oppose this request.

6. Counsel for Defendants ACH, USA Medical, Desiree Shields, and April Perkins have not responded.

7. In the interest of fairness and efficiency, Plaintiff also requests corresponding 10-day extensions of the remaining expert disclosure deadlines:

- Defendants' expert disclosures: extended from September 18, 2025, to September 28, 2025.
- Rebuttal expert disclosures: extended from October 17, 2025, to October 27, 2025.
- Deadline to complete expert depositions: extended from November 7, 2025, to November 17, 2025.

8. This request is made in good faith and not for purposes of delay. No other pretrial deadlines or trial dates are affected by this request.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order:

a) Extending the deadline for Plaintiff's expert disclosures to **August 14, 2025**;

b) Extending the deadline for Defendants' expert disclosures to **September 28, 2025**;

c) Extending the deadline for rebuttal expert disclosures to **October 27, 2025**; and

d) Extending the deadline to complete expert depositions to **November 17, 2025**.

| Dated: July 21, 2025, | Respectfully submitted, |
|---|---|
| | By: /s/ Maria Makar<br>*One of Plaintiff's Attorneys* |
| Arthur Loevy admitted pro hac vice<br>Maria Makar admitted pro hac vice<br>Loevy & Loevy<br>311 N. Aberdeen Street<br>Chicago, IL 60607<br>Tel: (312) 243-5900<br>Fax: (312) 243-5902<br>Makar@loevy.com | Lee Phillips<br>Law Office of Lee Phillips, P.C.<br>209 N. Elden Street<br>Flagstaff, AZ 86001<br>Tel: (928) 779-1560<br>Fax: (928) 779-2909<br>leephillips@leephillipslaw.com |

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and copies were delivered electronically via the CM/ECF filing system to all parties of record.

/s/ Maria Makar

*One of Plaintiff's Attorneys*