# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Renalda Benally, et al., | No. CV-24-08049-PCT-MTL (MTM) |
| Plaintiff, | **ORDER** |
| v. | |
| Coconino County, et al., | |
| Defendants. | |

The Court, having reviewed Plaintiff's Motion for Extension of Time to Complete Discovery (Doc. 111) and Motion to Extend Deadlines for Expert Disclosures (Doc. 128),

**IT IS ORDERED** granting Plaintiff's Motion for Extension of Time to Complete Discovery (Doc. 111), in part. The deadline for completing fact discovery shall be 30 days from the date of this Order.

**IT IS FURTHER ORDERED** granting Plaintiff's Motion to Extend Deadlines for Expert Disclosures (Doc. 128) as follows:

| | |
|---|---|
| Deadline for Plaintiff's expert disclosures | August 14, 2025 |
| Deadline for Defendants' expert disclosures | September 28, 2025 |
| Rebuttal expert disclosures | October 27, 2025 |
| Deadline to complete expert depositions | November 17, 2025 |

Dated this 24th day of July, 2025.

Honorable Michael T. Morrissey
United States Magistrate Judge