Ashlee B. Hesman, Bar #028874
Kristina R. Rood, Bar #035097
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
ahesman@strucklove.com
krood@strucklove.com

*Attorneys for Coconino County, Coconino County Jail District, James Driscoll, Bret Axlund, Patrick O'Brien, Navajo County, Navajo County Jail District, Ernie Garcia, and David Clouse*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Renalda Benally, as Administrator of the Estate of Gibson Benally, and on her own behalf,<br><br>Plaintiff,<br><br>v.<br><br>Coconino County, et al.,<br><br>Defendants. | NO. 3:24-cv-08049-MTL (MTM)<br><br>**DISMISSED DETENTION DEFENDANTS' MOTION FOR FINAL JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 54(b), Defendants Coconino County, Coconino County Jail District, James Driscoll, Bret Axlund, Patrick O'Brien, Navajo County, Navajo County Jail District, Ernie Garcia, and David Clouse ("Dismissed Detention Defendants") request final judgment for Dismissed Detention Defendants and against Plaintiffs.

On March 12, 2024, Plaintiffs filed a Complaint asserting claims under § 1983 and related state-law claims regarding the death of Plaintiff Renalda Benally's father, Gibson Benally. (Dkt. 1.) On July 30, 2024, in response to Dismissed Detention Defendants' Motion to Dismiss and in an attempt to correct the deficiencies in her Complaint, Plaintiff filed a First Amended Complaint ("FAC"). (Dkt. 65.) With respect to Dismissed Detention Defendants, who are all correctional staff, Plaintiff alleged they failed to supervise

1  correctional officers or other jail staff and/or failed to question/overrule medical decisions
2  despite that none were medical providers. (*Id* at 14; Dkt. 91 at 11–12[1].) On August 13,
3  2024, Dismissed Detention Defendants moved to dismiss Plaintiff's FAC. (Dkt. 74.) On
4  March 18, 2025, the Court granted Dismissed Detention Defendants' Motion to Dismiss
5  Plaintiff's FAC.[2] (Dkt. 100.) On April 23, 2025, Plaintiff moved for leave to file a second
6  amended complaint. (Dkt. 102.) On July 24, 2025, Magistrate Judge Morrissey denied
7  Plaintiff's Motion, which foreclosed any possibility of Plaintiff being able to bring or
8  resurrect previously dismissed claims against Dismissed Detention Defendants. (Dkt. 129.)
9  Plaintiff failed to object or otherwise challenge Magistrate Judge Morrissey's Order. Fed.
10 R. Civ. P. 72(a). As such, and for the specific reasons detailed below, final judgment should
11 be entered against Dismissed Detention Defendants.

12    Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, "[w]hen an action
13 presents more than one claim for relief . . . or when multiple parties are involved, the court
14 may direct entry of final judgment as to one or more, but fewer than all, claims or parties
15 only if the court determines there is no just reason for delay." Fed. R. Civ. P. 54(b). Rule
16 54(b) "was adopted 'specifically to avoid the possible injustice of delay[ing] judgment o[n]
17 a distinctly separate claim [pending] adjudication of the entire case.... The Rule thus aimed
18 to augment, not diminish, appeal opportunity.'" *Jewel v. Nat'l Sec. Agency*, 810 F.3d 622,
19 628 (9th Cir. 2015) (quoting *Gelboim v. Bank of Am. Corp.*, 574 U.S. 405, 410 (2015))
20 (omission in original). "It is left to the sound judicial discretion of the district court to
21 determine the 'appropriate time' when each final decision in a multiple claims action is
22 ready for appeal." *Curtiss-Wright Corp. v. Gen. Elec. Co.*, 446 U.S. 1, 8 (1980) (internal
23 citation omitted). In making this determination, it is proper for courts to consider "whether

---

[1] Many of these allegations were absent from the FAC and improperly alleged in Response to Dismissed Detention Defendants' Motion to Dismiss. (Dkt. 100 at 6–8.)

[2] While the Court denied the Motion with respect to Defendants Fraser and James, undersigned counsel does not represent these Defendants, and this Motion is not made on their behalf. The docket mistakenly notes that Kristina R. Rood represents them; however, Ms. Rood has never represented them and did not file a notice of appearance on their behalf.

the claims under review were separable from the others remaining to be adjudicated and whether the nature of the claims already determined was such that no appellate court would have to decide the same issues more than once even if there were subsequent appeals." *Id*.

Here, there is no just reason for delay where the claims against Dismissed Detention Defendants are separate, distinct, and separable from the dismissed claims against the remaining Defendants. *See id.* To illustrate, Dismissed Detention Defendants are detention employees. They are unlike the remaining Defendants and claims which all pertain to the provision of medical care by medical provider Defendants. Thus, entering final judgment on the detention claims against the Dismissed Detention Defendants will not result in the appellate court having to decide the same issues more than once even if there were subsequent appeals. There is no reason to delay entering final judgment as to the Dismissed Detention Defendants.

**Conclusion**

For these reasons, Dismissed Detention Defendants' Motion should be granted and the Court should enter judgment against Plaintiff.

DATED this 13th day of August, 2025.

        STRUCK LOVE ACEDO, PLC

        By /s/ Ashlee B. Hesman
           Ashlee B. Hesman
           Kristina R. Rood
           3100 West Ray Road, Suite 300
           Chandler, Arizona 85226

           *Attorneys for Defendants Coconino County, Coconino County Jail District, James Driscoll, Bret Axlund, Patrick O'Brien, Navajo County, Navajo County Jail District, Ernie Garcia, and David Clouse*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Lee Phillips | leephillips@leephillipslaw.com |
| Arthur Loevy | porter@loevy.com |
| Maria Makar | makar@loevy.com |
| Mikayla Young | young@loevy.com |
| | |
| David L. Stoll | dstoll@bhsslaw.com |
| N. Patrick Hall | phall@bhsslaw.com |
| | |
| Brandi C. Blair | bblair@jshfirm.com |
| John A. Klecan | jklecan@jshfirm.com |
| | |
| Sarah L. Barnes | slb@bowwlaw.com |
| Lynette Odom | lo@bowwlaw.com |
| | |
| Tom Slutes | tslutes@sluteslaw.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:


/s/     E. Glover