**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Renalda Benally, as Administrator of the Estate of Gibson Benally, and on her own behalf,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Coconino County, et al.,<br><br>　　　　　　　　　Defendants. | NO. 3:24-cv-08049-MTL (MTM)<br><br>**[PROPOSED] ORDER** |

　　　The Court, having reviewed Dismissed Detention Defendants' Motion for Final Judgment, and good cause appearing,

　　　**IT IS HEREBY ORDERED granting** Dismissed Detention Defendants' Motion for Final Judgment. Judgment is entered as to Dismissed Detention Defendants and they are dismissed from this action.