# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Renalda Benally,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>County of Coconino, et al.,<br><br>　　　　　Defendants. | No. CV-24-08049-PCT-MTL (MTM)<br><br>**ORDER** |

The Court having reviewed Plaintiff's Motion to Extend Deadline to Complete Settlement Talks (Doc. 135), and good cause shown,

IT IS ORDERED granting Plaintiff's Motion (Doc. 135),

IT IS FURTHER ORDERED that the parties engage in good faith settlement talks via videoconference or in person by September 4, 2025, and file their joint report on settlement talks by September 11, 2025.

Dated this 22nd day of August, 2025.

　　　　　　　　　　　　　　　　　　　　Honorable Michael T. Morrissey
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge