Tom Slutes, Esq.
**SLUTES, SAKRISON & ROGERS, P.C.**
4801 E. Broadway, Suite 301
Tucson, Arizona 85711
Telephone: (520) 624-6691
Facsimile: (520) 791-9632
TSlutes@sluteslaw.com
State Bar No. 001212
*Attorneys for Defendants Fatima Lah,*
*Dayne Heath, Tyler Tate & AB Staffing Solutions, LLC*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RENALDA BENALLY, as Administrator of the Estate of GIBSON BENALLY and on her own behalf, <br><br> Plaintiff, <br><br> vs. <br><br> COCONINO COUNTY; COCONINO COUNTY JAIL DISTRICT; JAMES DRISCOLL, Sheriff of Coconino County; BRET AXLUND, Chief Deputy Sheriff of Coconino County; AB STAFFING SOLUTIONS, LLC; MEDICAL DIRECTOR LINDSEY ROBBINS; NURSE SUPERVISOR LISA HIRSCH; NURSE LEANN JAMES; NURSE SHEILA LAWVER; NURSE SHELLY CERSOSIMO; NURSE SUMNMER WOLFE; NURSE FATIMA LAH; NURSE DAYNE HEATH; NURSE JANEEN FRASER; NURSE TATE; DETENTION SERGEANT OBRIEN; NAVAJO COUNTY JAIL DISTRICT; NAVAJO COUNTY; DAVID CLOUSE, Sheriff of Navajo County; ERNIE GARCIA, Chief Deputy Sheriff of Navajo County; ADVANCED CORRECTIONAL HEALTHCARE, INC.; USA MEDICAL & PSYCHOLOGICAL STAFFING, S.C.; WEXFORD HEALTH SOURCES, INC.; NURSE DEBORAH WILLIAMS; NURSE DESIREE SHIELDS and NURSE APRIL PERKINS <br><br> Defendants. | No. 3:24-cv-08049-PCT-MTL <br><br><br> **NOTICE OF SERVICE RE: DEFENDANTS FATIMA LAH, DAYNE HEATH, TYLER TATE & AB STAFFING'S EXPERT WITNESS DISCLOSURE** <br><br><br> **(Assigned to Hon. Michael T. Morrissey)** |

NOTICE IF HEREBY GIVEN that Defendants Fatima Lah, Dayne Heath, Tyler Tate & AB Staffing Solutions, LLC have served their Expert Witness Disclosure Statement to Counsel by emailing/mailing to counsel of record on this date.

Dated this 24th day of September, 2025.

              SLUTES, SAKRISON & ROGERS, P.C.

          By: /s/ Tom Slutes
            Tom Slutes
            Attorneys for Defendants Lah,
            Heath, Tate & AB Staffing
            Solutions, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of September, 2025, I electronically transmitted the attached document by emailing/mailing a copy to the following:

Arthur Loevy admitted pro hac vice
Maria Makar admitted pro hac vice
Mikayla Sue Young admitted pro hac vice
Loevy & Loevy
311 N. Aberdeen Stret
Chicago, IL 60607
arthur@loevy.com
makar@loevy.com
young@loevy.com
  *Attorneys for Plaintiffs*

Lee Phillips
Law Offices of Lee Phillips, P.C.
209 N. Elden Street
Flagstaff, AZ 86001
leephillips@leephillipslaw.com
  *Attorneys for Plaintiff*

Sarah L. Barnes
Broening Oberg Woods & Wilson
2800 N. Central Ave., Suite 1600
Phoenix, AZ 85004

slb@bowwlaw.com
   *Attorneys for Defendants Advanced*
   *Correction Healthcare, Inc.,*
   *USA Medical & Psychological Staffing,*
   *S.C., and April Perkins and Desiree Shields*

Ashlee B. Hesman
Kristina R. Rood
STRUCK LOVE ACEDO, PLC
3100 W. Ray Rd., Suite 300
Chandler, AZ 85226
ahesman@strucklove.com
krood@strucklove.com
   *Attorneys for Coconino County*
   *County Jail District, James Driscoll*
   *Bret Axlund, Patrick O'Brien, Navajo County*
   *Navajo County Jail District, Ernie Carcia*
   *And David Clouse*

Brandi C. Blair
John A. Klecan
JONES, SKELTON & HOCHULI, P.L.C.
40 N. Central Ave., Suite 2700
Phoenix, AZ 85004
bblair@jshfirm.com
jklecan@jshfirm.com
   *Attorneys for Wexford Health Sources, Inc.*

David L. Stoll
N. Patrick Hall
BEAUGUREAU, HANCOCK, STOLL & SCHWARTZ, P.C.
302 East Coronado Road
Phoenix, AZ 85004
dtoll@bhsslaw.com
phall@bhsslaw.com
   *Attorneys for Defendants Leann Janes and Janeen Fraser*