Lee Phillips
Law Office of Lee Phillips, P.C.
209 N. Elden Street
Flagstaff, AZ 86001
928.779.1560
928.779.2909
leephillips@leephillipslaw.com

Arthur Loevy *admitted pro hac vice*
Maria Makar *admitted pro hac vice*
Loevy & Loevy
311 N. Aberdeen Street
Chicago, IL 60607
Tel: (312) 243-5900
Fax: (312) 243-5902
Makar@loevy.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Renelda Benally, )<br> )<br> Plaintiff, )<br> )<br> vs. )<br> )<br>Coconino County *et al.*, )<br> )<br> Defendants. )<br> ) | Case Number: 3:24-cv-08049-MTL-MTM<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE VIDEO AND AUDIO EXHIBITS** |

 Plaintiff Renalda Benally ("Plaintiff"), as administrator of the Estate of Gibson Benally, by and through her undersigned attorneys, respectfully moves this Court for an order authorizing the filing of video and audio exhibits. In support, Plaintiff states:

 1. Plaintiff's response to Defendants' motions for summary judgment references certain audio/video recordings that are relevant to the issues before the Court.

2.      These exhibits consist of audio call recordings and video surveillance footage from Coconino County Jail, which were produced in this case and cannot be converted to PDF documents for filing.

3.      Plaintiff plans to submit the video and audio files in their original formats upon grant of this motion, using a USB drive or other method approved by the Clerk consistent with the Court's procedures for video and audio exhibits.

**WHEREFORE**, the movant respectfully requests that this Court grant leave to file the referenced video and audio exhibits with the Clerk as appropriate, and grant any further relief the Court deems just.

DATED: January 9, 2025                    RESPECTFULLY SUBMITTED,

                                          /s/ Maria Makar
                                          *One of Plaintiff's Attorneys*

Arthur Loevy *admitted pro hac vice*      Lee Phillips
Maria Makar *admitted pro hac vice*       Law Office of Lee Phillips, P.C.
Loevy & Loevy                             209 N. Elden Street
311 N. Aberdeen Street                    Flagstaff, AZ 86001
Chicago, IL 60607                         Tel: (928) 779-1560
Tel: (312) 243-5900                       Fax: (928) 779-2909
Fax: (312) 243-5902                       leephillips@leephillipslaw.com
Makar@loevy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and copies were delivered electronically via the CM/ECF filing system to all parties of record.

<u>/s/ Maria Makar</u>
*One of Plaintiff's Attorneys*