# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Renelda Benally, as Administrator of the Estate of Gibson Benally, and on her own behalf,<br><br>            Plaintiffs,<br><br>v.<br><br>Coconino County et al.,<br>            Defendant. | CASE NO. 3:24-cv-08049-MTL-MTM<br><br>**PROPOSED ORDER** |

Having reviewed Plaintiff's motion for leave to file video and audio exhibits and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff shall be granted her Motion for Leave to File Video and Audio Exhibits for Plaintiff Renelda Benally, as Administrator of the Estate of Gibson Benally, and on her own behalf,

Dated 9th day of January 2025

_____
Judge Michael T Liburdi
United States District Judge