# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Renelda Benally,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Coconino County, et al.,<br><br>　　　　　　Defendants. | No. CV 24-08049-PCT-MTL (MTM)<br><br>**ORDER** |

The Court having reviewed Plaintiff's Motion for Leave to File Video and Audio Exhibits (Doc. 154), and good cause shown,

IT IS ORDERED that Plaintiff's Motion is granted (Doc. 154).

IT IS FURTHER ORDERED that Plaintiff file the Video and Audio Exhibits in Response to Motion for Summary Judgment.

Dated this 12th day of January, 2026.

*Michael T. Morrissey*
Honorable Michael T. Morrissey
United States Magistrate Judge