Tom Slutes, Esq.
**SLUTES, SAKRISON & ROGERS, P.C.**
4801 E. Broadway, Suite 301
Tucson, Arizona 85711
Telephone: (520) 624-6691
Facsimile: (520) 791-9632
TSlutes@sluteslaw.com
State Bar No. 001212
*Attorneys for Defendants Fatima Lah,*
*Dayne Heath, Tyler Tate & AB Staffing Solutions, LLC*

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RENALDA BENALLY, as Administrator of the Estate of GIBSON BENALLY and on her own behalf,<br><br>Plaintiff,<br><br>v.<br><br>COCONINO COUNTY; COCONINO COUNTY JAIL DISTRICT; JAMES DRISCOLL, Sheriff of Coconino County; BRET AXLUND, Chief Deputy Sheriff of Coconino County; AB STAFFING SOLUTIONS, LLC; MEDICAL DIRECTOR LINDSEY ROBBINS; NURSE SUPERVISOR LISA HIRSCH; NURSE LEANN JAMES; NURSE SHEILA LAWVER; NURSE SHELLY CERSOSIMO; NURSE SUMNMER WOLFE; NURSE FATIMA LAH; NURSE DAYNE HEATH; NURSE JANEEN FRASER; NURSE TATE; DETENTION SERGEANT OBRIEN; NAVAJO COUNTY JAIL DISTRICT; NAVAJO COUNTY; DAVID CLOUSE, Sheriff of Navajo County; ERNIE GARCIA, Chief Deputy Sheriff of Navajo County; ADVANCED CORRECTIONAL HEALTHCARE, INC.; USA MEDICAL & PSYCHOLOGICAL  STAFFING, S.C.; WEXFORD HEALTH SOURCES, INC.; NURSE DEBORAH WILLIAMS; NURSE DESIREE SHIELDS and NURSE APRIL PERKINS<br><br>Defendants. | Case No. 3:24-cv-08049-PCT-MTL<br><br><br>**DEFENDANTS AB STAFFING, DAYNE HEATH, TYLER TATE, AND FATIMA LAH'S STATEMENT OF TAXABLE COSTS**<br><br><br><br>(Assigned to Hon. Michael T. Morrisey) |

1

Defendants AB Staffing, Fatima Lah, NP; Tyler Tate, LCP; and Dayne Heath, RN, by and through undersigned counsel and pursuant to Rule 54(d)(1), Fed.R.Civ.P, 28 USCA §§1920, and LRCiv 54.1 of the Local Rules of Civil Procedure for the District of Arizona, hereby files this Verified Statement of Costs.

The undersigned, being first duly sworn, upon their oath, deposes and says:

Affiant is the attorney for the successful party in that Judgment has been rendered in favor of said party in the above-entitled case, and affiant is acquainted with the facts hereinafter set forth.

The costs set forth below (*See* Ex. A attached hereto) were expended or incurred by the successful party, and by virtue of the provisions of 28 USCA §§1920, are chargeable as legal costs and are so claimed by the successful party.

During the representation of this litigation, Defendants AB Staffing, Fatima Lah, NP; Tyler Tate, LCP; and Dayne Heath, RN has incurred and expended the following costs:

1. Deposition Transcript Fees: $1,340.82

TOTAL: $1,340.82

SLUTES, SAKRISON & ROGERS, P.C.

By: /s/ Tom Slutes
Tom Slutes
Attorneys for Defendants Lah,
Heath, Tate & AB Staffing Solutions,
LLC

2

**Exhibit A**

ITEMIZATION OF TAXABLE COSTS

I.    Deposition Transcript Costs (28 U.S.C. § 1920(2))

    a.  Bruce Charash, MD: $402.82

    b.  Janeen Fraser, RN: $312.90

    c.  Patrick O'Brien: $287.45

    d.  Dayne Heath, RN: $493.50

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of July, 2026, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF system for filing; and served on counsel of record via the Court's CM/ECF system.

Arthur Loevy admitted pro hac vice
Mikayla Sue Young admitted pro hac vice
Maggie Ellen Filler
Loevy & Loevy
311 N. Aberdeen Stret
Chicago, IL 60607
arthur@loevy.com
young@loevy.com
maggie@loevy.com
*Attorneys for Plaintiffs*

Lee Phillips
Law Offices of Lee Phillips, P.C.
209 N. Elden Street
Flagstaff, AZ 86001
leephillips@leephillipslaw.com
*Attorneys for Plaintiff*
David L. Stoll
N. Patrick Hall
BEAUGUREAU, HANCOCK, STOLL & SCHWARTZ, P.C.
302 East Coronado Road
Phoenix, AZ 85004
dtoll@bhsslaw.com
phall@bhsslaw.com
*Attorneys for Defendants Leann Janes and Janeen Fraser*

4