BEAUGUREAU, HANCOCK,
STOLL & SCHWARTZ, P.C.
302 East Coronado Road
Phoenix, Arizona 85004
(602) 956-4438

David L. Stoll (#010728) dstoll@bhsslaw.com
N. Patrick Hall (#023246) phall@bhsslaw.com
Attorneys for Defendants Leann James and
Janeen Fraser

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Renalda Benally, as Administrator of the Estate of Gibson Benally, and on her own behalf, | ) ) ) No. 3:24-cv-08049-MTL-MTM ) |
| Plaintiff, | ) Defendants Leann James and Janeen ) Fraser's Statement of Taxable Costs |
| vs. | ) ) |
| Coconino County, et al., | ) ) |
| Defendants. | ) ) |

Defendants Leann James and Janeen Fraser, by and through undersigned counsel and pursuant to Rule 54(d)(1), Fed.R.Civ.P., 28 U.S.C. § 1920, and LRCiv 54.1 of the Local Rules of Civil Procedure for the District of Arizona, hereby file their Verified Statement of Costs.

The undersigned, being first duly sworn, upon his oath, deposes and says:

Affiant is the attorney for the successful parties in that Judgment has been rendered in favor of said parties in the above-entitled case, and affiant is acquainted with the facts hereinafter set forth.

Doc. 166991

The costs set forth below (See Exhibit "A" attached hereto) were expended or incurred by the successful parties, and by virtue of the provisions of 28 U.S.C. § 1920, are chargeable as legal costs and are so claimed by the successful parties.

During the representation of this litigation, Defendants Leann James and Janeen Fraser have incurred and expended the following costs:

1.  Deposition Transcript Fees: $938.00.

Dated this 29th day of July, 2026.

BEAUGUREAU, HANCOCK,
STOLL & SCHWARTZ, P.C.

By:/s/*David L. Stoll*
    David L. Stoll, Esq.
    N. Patrick Hall, Esq.
    302 East Coronado Road
    Phoenix, Arizona 85004
    Attorneys for Defendants Leann
      James and Janeen Fraser

Doc. 166991

**Exhibit "A"**

1. Deposition Transcript Costs (28 U.S.C. § 1920(2)

    a.  Sgt. Patrick O'Brien - $287.45;
    b.  Dayne Heath, RN - $337.65; and
    c.  Janeen R. Fraser, RN - $312.90

Doc. 166991

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of July, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and copies were delivered electronically via the CM/ECF filing system to all parties of record.


*/s/David L. Stoll*
David L. Stoll

Doc. 166991

4