Lee Phillips
Law Office of Lee Phillips, P.C.
209 N. Elden Street
Flagstaff, AZ 86001
928.779.1560
928.779.2909
leephillips@leephillipslaw.com

Locke Bowman *admitted pro hac vice*
Maggie Filler *admitted pro hac vice*
Loevy & Loevy
311 N. Aberdeen Street
Chicago, IL 60607
Tel: (312) 243-5900
Fax: (312) 243-5902
maggie@loevy.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Renelda Benally, | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 3:24-cv-08049-MTL-MTM |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Coconino County *et al.*, | ) | **NOTICE OF APPEAL** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Notice is hereby given that Plaintiff Renelda Benally, as Administrator of the Estate of Gibson Benally, and on her own behalf, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's grant of summary judgment to Defendants AB Staffing Solutions LLC, Dayna Heath, Fatimah Lah, Tyler Tate, Janeen Fraser, and Leann James, entered in this action on July 20, 2026 (ECF No. 171), from the dismissal of parties pursuant to the District Court's ruling on Defendants' motion to dismiss (ECF No. 100), and all

other orders made appealable by the amended entry of final judgment in this action on July 20, 2026 (ECF No. 173).

DATED: August 11, 2026                           RESPECTFULLY SUBMITTED,

                                                 /s/ Maggie Filler
                                                 *One of Plaintiff's Attorneys*


Locke Bowman *admitted pro hac vice*             Lee Phillips
Maggie Filler *admitted pro hac vice*            Law Office of Lee Phillips, P.C.
Loevy & Loevy                                    209 N. Elden Street
311 N. Aberdeen Street                           Flagstaff, AZ 86001
Chicago, IL 60607                                Tel: (928) 779-1560
Tel: (312) 243-5900                              Fax: (928) 779-2909
Fax: (312) 243-5902                              leephillips@leephillipslaw.com
maggie@loevy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and copies were delivered electronically via the CM/ECF filing system to all parties of record.

/s/ Maggie Filler
*One of Plaintiff's Attorneys*

3