Lee Phillips
Law Office of Lee Phillips, P.C.
209 N. Elden Street
Flagstaff, AZ 86001
928.779.1560
928.779.2909
leephillips@leephillipslaw.com

Locke Bowman *admitted pro hac vice*
Maggie Filler *admitted pro hac vice*
Loevy & Loevy
311 N. Aberdeen Street
Chicago, IL 60607
Tel: (312) 243-5900
Fax: (312) 243-5902
maggie@loevy.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Renalda Benally,<br><br>      Plaintiff,<br><br>   vs.<br><br>Coconino County *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case Number: 3:24-cv-08049-MTL-MTM<br><br>**PLAINTIFF'S MOTION TO STAY AND HOLD IN ABEYANCE TAXABLE COSTS** |

Plaintiff Renalda Benally, as Administrator of the Estate of Gibson Benally and on her own behalf, hereby moves to stay and hold in abeyance taxation of costs (Dkts. 174 and 175) pending appeal from final judgment in this matter. Defendants do not oppose the motion. In support, Plaintiff states:

1.      On July 20, 2026, this Court granted summary judgment against Plaintiff and entered final judgment in this matter. (Dkts. 171, 173).

1

2.	On July 28, 2026, Defendants AB Staffing, Fatima Lah, Tyler Tate, and Dayne Heath filed a verified statement of taxable costs, seeking $1,340.82 in costs. (Dkt. 174.)

3.	On July 29, 2026, Defendants Leann James and Janeen Fraser filed a verified statement of taxable costs, seeking $938.00. (Dkt. 175.)

4.	Plaintiff subsequently notified counsel for both sets of Defendants that Plaintiff intends to file a notice of appeal in this matter and asked if Defendants would consent to a stay of execution of the bill of costs during the pendency of the appeal. All Defendants have agreed to a stay of the execution of the bill of costs while Plaintiff's appeal in this matter is pending. Accordingly, Plaintiff's stay motion is unopposed.

5.	Plaintiff filed a notice of appeal on August 11, 2026. (Dkt. 176.)

6.	This Court has discretion to defer an award of costs pending appeal. *See G.P.P., Inc. v. Guardian Protection Products, Inc.*, 1:15-cv-00321, 2018 WL 932087, at *2 (E.D. Cal. Feb. 16, 2018) (collecting cases). Deferring an award of costs is appropriate to preserve judicial resources and avoid relitigating the issue of costs after an appeal.

7.	For these reasons, in the absence of any objection from any Defendant, the interests of judicial economy are best served by staying and holding in abeyance the bills of costs during the pendency of the appeal.

8.	Accordingly, the Defendants' Bills of Costs (Dkts. 174 and 175) should be stayed and held in abeyance pending resolution of Plaintiff's appeal to the Ninth Circuit.

DATED: August 11, 2026                    RESPECTFULLY SUBMITTED,

/s/ Maggie Filler
*One of Plaintiff's Attorneys*

Locke Bowman *admitted pro hac vice*
Maggie Filler *admitted pro hac vice*
Loevy & Loevy
311 N. Aberdeen Street
Chicago, IL 60607
Tel: (312) 243-5900
Fax: (312) 243-5902
maggie@loevy.com

Lee Phillips
Law Office of Lee Phillips, P.C.
209 N. Elden Street
Flagstaff, AZ 86001
Tel: (928) 779-1560
Fax: (928) 779-2909
leephillips@leephillipslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and copies were delivered electronically via the CM/ECF filing system to all parties of record.


/s/ Maggie Filler
*One of Plaintiff's Attorneys*
