# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Renalda Benally, as Administrator of the Estate of Gibson Benally, and on her own behalf, | CASE NO. 3:24-cv-08049-MTL-MTM |
| Plaintiffs, | **UNOPPOSED MOTION TO STAY COSTS** |
| v. | |
| Coconino County et al., | |
| Defendant. | |

Having reviewed Plaintiff's Unopposed Motion to Stay Costs and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff shall be granted her Unopposed Motion to Stay Costs for Plaintiff Renelda Benally, as Administrator of the Estate of Gibson Benally, and on her own behalf,

Dated 11th day of August, 2026

_____
Judge Michael T Liburdi
United States District Judge